**Order entered July 18, 2014**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-14-00904-CV

### IN RE RIGOBERT CHAVEZ, Relator

**Original Proceeding from the County Court at Law No. 5**
**Dallas County, Texas**
**Trial Court Cause No. CC-13-06446-E**

## ORDER

Based on the Court's opinion of this date, we **DENY** relator's petition for writ of

mandamus.  We **ORDER** the relator to bear the costs of this original proceeding.


/s/     CAROLYN WRIGHT
CHIEF JUSTICE